

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00020-CV

Edward **BELL**,
Appellant

v.

Deborah **BELL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2003-CI-18349
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  February 13, 2013

DISMISSED FOR WANT OF PROSECUTION

On December 28, 2012, appellant Edward Bell filed a notice of appeal from the trial court's judgment signed November 7, 2012.[1]  The clerk's record was due January 7, 2013, sixty days after the judgment was signed.  TEX. R. APP. P. 35.1.  On January 8, 2013, the District Clerk of Bexar County filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is

---

[1] A copy of the "Amended Order Granting Deborah Bell's Motion to Dismiss and Denying Motion for Sanctions" attached to the Motion to Dismiss and Motion for Sanctions filed by appellee Deborah Bell on January 18, 2013 reflects that the order was signed on November 6, 2012, not November 7, 2012; regardless, the clerk's record was due on January 7, 2013, the Monday following the expiration of sixty days. *See* TEX. R. APP. P. 4.1(a).

not entitled to appeal without paying the fee.  On January 16, 2013, we ordered appellant to provide written proof to this court on or before January 28, 2013, that either (1) the clerk's fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee.  We cautioned appellant that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  Appellant has not responded to our order.

We therefore order this appeal dismissed for want of prosecution.  *See id*.  We further order that appellee, Deborah Bell, recover her costs of this appeal from appellant.  The Motion to Dismiss and Motion for Sanctions filed by appellee Deborah Bell on January 18, 2013 is moot.


PER CURIAM